IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02434-EWN-KLM

JORGE LOPEZ PEREZ,

    Applicant,

v.

U.S. DEPARTMENT OF HOMELAND SECURITY,
FIELD OFFICE DIRECTOR OF ICE,
ICE AGENT HAMILTON,
ICE AGENT STRONG, and
DIRECTOR/WARDEN OF GEO DETENTION CENTER IN AURORA, COLORADO,

    Respondents.
_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Respondents' **Motion to Dismiss** [Docket No. 26; filed March 18, 2008].

    IT IS HEREBY **ORDERED** that Applicant is to respond to the Motion to Dismiss on or before **May 30, 2008.**

    Dated:    May 1, 2008