IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Christine M. Arguello**

Civil Action No. 07-cv-02434-CMA-KLM

JORGE LOPEZ PEREZ,

    Applicant,

v.

U.S. DEPARTMENT OF HOMELAND SECURITY,
FIELD OFFICE DIRECTOR OF ICE,
ICE AGENT HAMILTON,
ICE AGENT STRONG, and
DIRECTOR/WARDEN OF GEO DETENTION CENTER IN AURORA, COLORADO,

    Respondents.

## ORDER ADOPTING AND AFFIRMING SEPTEMBER 19, 2008 RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

This matter is before the Court on the recommendation by the Magistrate Judge that Respondents' Motion to Dismiss (Doc. # 26) be granted and that the action be dismissed without prejudice.

Plaintiff has not objected to the recommendation. The Court has conducted the requisite *de novo* review of the issues and the recommendation. Based on this review, the Court has concluded that the Magistrate Judge's thorough and comprehensive analysis and recommendation are correct. Accordingly,

IT IS ORDERED that the September 19, 2008 Recommendation of United States Magistrate Judge (Doc. # 38) is ACCEPTED and, for the reasons cited therein,

Respondents' Motion to Dismiss (Doc. 26) is GRANTED and the Application for a Writ of Habeas Corpus is DISMISSED WITHOUT PREJUDICE.

IT IS FURTHER ORDERED that the Order to Show Cause (Doc. # 36) is MADE ABSOLUTE.

DATED:  November  6th , 2008

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge